LEAGUE OF WILDERNESS DEFEND-ERS, an Oregon Non–Profit Corporation, Plaintiff–Appellant,

v.

UNITED STATES FOREST SERVICE, Agency of the U.S. Department of Agriculture, Defendant–Appellee,

and

D.R. Johnson Lumber Company; Crown Pacific Ltd; Northwest Forestry Association, Intervenors.

League of Wilderness Defenders, an Oregon Non–Profit Corporation, Plaintiff–Appellee,

v.

United States Forest Service, Agency of the U.S. Department of Agriculture, Defendant,

and

Crown Pacific, Inc., Defendant–intervenor–Appellant,

D.R. Johnson Lumber Company; Crown Pacific Ltd, Intervenors–Appellants.

No. 00–36008, 00–36056.
D.C. No. CV–00–00464–KI.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 7, 2001.

Decided June 26, 2001.

Before WALLACE, HALL, and T.G. NELSON, Circuit Judges.

ORDER *

The judgment Appellant League of Wilderness Defenders appeals from is AFFIRMED for the reasons given by the district court in its order of November 2, 2000. The appeal of Johnson Lumber Company is DISMISSED as moot.

Appellant's "Emergency Motion Under Circuit Rule 27–3 for Injunction Pending Resolution of Appeal" is DENIED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.